UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Ballast Advisors, LLC,<br><br>Plaintiff,<br><br>v.<br><br>Scott A. Peterson, Melinda M. Bradley, MMX Wealth Partners, LLC, MMX WP, LLC, Mark Marxer, and MMX Management, LLC,<br><br>Defendants,<br><br>and<br><br>Scott A. Peterson,<br><br>Counter-Plaintiff,<br><br>v.<br><br>Ballast Advisors, LLC and Paul Parnell,<br><br>Counter-Defendants. | Case No. 23-CV-03769-PJS-JFD<br><br>**L.R. 7.1 CERTIFICATE OF WORD COUNTY COMPLIANCE** |

I, Joel Andersen, counsel for Defendant/Counter-Plaintiff Scott A. Peterson and Defendants Melinda M. Bradley, MMX Wealth Partners, LLC, MMX WP, LLC, Mark Marxer, and MMX Management, LLC, certify that **Defendants' Memorandum in Support of Motions for Summary Judgment** complies with the word limits of Local Rule 7.1(f).

I further certify that I used Microsoft Word 365 to prepare the above-referenced memorandum, and that the "word count" function of this word processing software was

applied specifically to include all text, including headings, footnotes and quotations to generate the following word count.

I further certify that the above-referenced memorandum contains 8,522 words and was prepared using 13-point Times New Roman font.

NILAN JOHNSON LEWIS PA

Dated: February 24, 2026

By: s/ *Joel Andersen*

Joel Andersen (#0352573)
Katie M. Connolly (#0338357)
Christopher T. Ruska (#0401745)
250 Marquette Avenue South, Suite 800
Minneapolis, MN 55401
Telephone: (612) 305-7500
Fax: (612) 305-7501
jandersen@nilanjohnson.com
kconnolly@nilanjohnson.com
cruska@nilanjohnson.com

ATTORNEYS FOR DEFENDANT/ COUNTER-PLAINTIFF SCOTT A. PETERSON AND DEFENDANTS MELINDA M. BRADLEY, MMX WEALTH PARTNERS, LLC, MMX WP, LLC, MARK MARXER, AND MMX MANAGEMENT, LLC