UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Ballast Advisors, LLC,<br><br>Plaintiff,<br><br>v.<br><br>Scott A. Peterson, Melinda M. Bradley, MMX Wealth Partners, LLC, MMX WP, LLC, Mark Marxer, and MMX Management, LLC,<br><br>Defendants,<br><br>and<br><br>Scott A. Peterson,<br><br>Counterclaim-Plaintiff,<br><br>v.<br><br>Ballast Advisors, LLC and Paul Parnell,<br><br>Counterclaim-Defendants. | Case No. 23-CV-03769-PJS-JFD<br><br>**L.R. 7.1 CERTIFICATE OF WORD COUNT COMPLIANCE** |

I, Joel Andersen, counsel for Defendant/Counterclaim-Plaintiff Scott A. Peterson and Defendants Melinda M. Bradley, MMX Wealth Partners, LLC, MMX WP, LLC, Mark Marxer, and MMX Management, LLC, certify that **Defendants' Memorandum in Opposition to Plaintiff's Motion for Rule 37(e) Sanctions** complies with the word limits of Local Rule 7.1(f).

I further certify that I used Microsoft Word 365 to prepare the above-referenced memorandum, and the "word count" function of this word processing software was applied

specifically to include all text, including headings, footnotes and quotations to generate the following word count.

I further certify that the above-referenced memorandum contains 6,684 words and was prepared using 13-point Times New Roman font.

Dated: March 4, 2026

NILAN JOHNSON LEWIS PA

By: *s/ Joel Andersen*

Joel Andersen (#0352573)
Katie M. Connolly (#0338357)
Christopher T. Ruska (#0401745)
250 Marquette Avenue South, Suite 800
Minneapolis, MN 55401
Telephone: (612) 305-7500
Fax: (612) 305-7501
jandersen@nilanjohnson.com
kconnolly@nilanjohnson.com
cruska@nilanjohnson.com

ATTORNEYS FOR DEFENDANT/ COUNTERCLAIM-PLAINTIFF SCOTT A. PETERSON AND DEFENDANTS MELINDA M. BRADLEY, MMX WEALTH PARTNERS, LLC, MMX WP, LLC, MARK MARXER, AND MMX MANAGEMENT, LLC