UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Ballast Advisors, LLC,

Plaintiff,

v.

Scott A. Peterson, Melinda M. Bradley, MMX Wealth Partners, LLC, MMX WP, LLC, MMX Management, LLC, and Mark Marxer,

Defendants,

and

Scott A. Peterson,

Counter-Plaintiff,

v.

Ballast Advisors, LLC and Paul Parnell,

Counter-Defendants.

Court File No. 23-cv-3769 (PJS/JFD)

**WORD COUNT COMPLIANCE CERTIFICATE**

---

I certify that this brief conforms to the requirements of LR 7.1(f) for a brief produced with a proportional font. Ballast Advisors, LLC and Paul Parnell's Memorandum of Law in Opposition to Defendants' Motion for Summary Judgment and in Support of Plaintiff's and Counter-Defendants' Cross Motion for Summary Judgment, including headings, footnotes, and quotations, contains 12,093 words and complies with the limits of LR 7.1(f) and with the type-size limit of LR 7.1(h). This brief was prepared using Microsoft Word

and the word processing program has been applied specifically to include all text, including headings, footnotes, and quotations for word count purposes.

Dated: March 10, 2026

*s/ Matthew T. Boos*

Matthew T. Boos (#0237310)
Melissa R. Stumbras (#0400800)
Christopher J. Markuson (#0504387)
**FREDRIKSON & BYRON, P.A.**
60 South Sixth Street, Ste. 1500
Minneapolis, MN 55402-4400
Phone: (612) 492-7000
Fax: (612) 492-7077
mboos@fredlaw.com
mstumbras@fredlaw.com
cmarkuson@fredlaw.com

***Attorneys for Plaintiff/Counter-Defendants***