UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

BALLAST ADVISORS, LLC,                              Case No. 23-CV-3769 (PJS/JFD)

        Plaintiff,

v.                                                                      ORDER

SCOTT A. PETERSON; MELINDA M.
BRADLEY; MMX WEALTH PARTNERS,
LLC; MMX WP, LLC; MMX
MANAGEMENT, LLC; and MARK
MARXER,

        Defendants.

SCOTT A. PETERSON,

        Counter Plaintiff,

v.

BALLAST ADVISORS, LLC and PAUL
PARNELL,

        Counter Defendants.

---

Matthew T. Boos, Melissa R. Stumbras, and Christopher J. Markuson,
FREDRIKSON & BYRON, P.A., for plaintiff and counter defendants.

Joel Andersen, Katie M. Connolly, and Christopher T. Ruska, NILAN
JOHNSON LEWIS PA, for defendants and counter plaintiff.

This matter is before the Court on defendants' objection to the May 1, 2026,

Report and Recommendation ("R&R") of Magistrate Judge John F. Docherty. ECF

No. 220.  Judge Docherty recommends granting plaintiff Ballast Advisors, LLC's

("Ballast's") motion for sanctions pursuant to Fed. R. Civ. P. 37(e)(1) and reserving for

trial the questions of intent to deprive and the appropriateness of sanctions under Fed.

R. Civ. P. 37(e)(2).  ECF No. 219.  As a sanction, Judge Docherty recommends ordering

defendants to pay Ballast's "costs and attorneys' fees related to bringing this [sanctions]

motion and the earlier Motion to Compel."  *Id.* at 18.

Defendants do not dispute that their conduct is sanctionable under Fed. R. Civ.

P. 37(e)(1).  *See* ECF No. 220 at 1.  Rather, defendants object only to "the portion of the

[R&R] that awards Plaintiff its attorneys' fees incurred in connection with its

September 18, 2025, motion to compel."  *Id.*  But Judge Docherty has yet to decide the

amount of fees to be awarded to Ballast, so defendants' objection is premature.  The

Court therefore overrules defendants' objection and adopts the R&R.  After Judge

Docherty sets the amount of fees and costs, defendants may object to having to pay

those amounts.

ORDER

Based on the foregoing, and on all of the files, records, and proceedings herein,

the Court OVERRULES defendants' objection [ECF No. 220] and ADOPTS the May 1,

2026, Report and Recommendation [ECF No. 219].  IT IS HEREBY ORDERED THAT:

1.   Plaintiff's motion for sanctions pursuant to Fed. R. Civ. P. 37(e)(1) [ECF

No. 148] is GRANTED IN PART as follows:

    a.   Defendants must reimburse plaintiff's fees and costs incurred in

bringing the September 18, 2025, motion to compel [ECF No. 79]

and the February 16, 2026, motion for sanctions [ECF No. 148].

    b.   Plaintiff's motion for sanctions pursuant to Fed. R. Civ. P. 37(e)(2)

[ECF No. 148] is DEFERRED until trial.

    c.   Plaintiff's motion is DENIED in all other respects.

3.   This matter is REMANDED to Magistrate Judge John F. Docherty for

resolution of the amount of attorney's fees and costs to which plaintiff is

entitled in accordance with the procedures outlined in the May 1, 2026,

Report and Recommendation.

Dated: June 2, 2026

/s/ Patrick J. Schiltz
Patrick J. Schiltz, Chief Judge
United States District Court

-3-